IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TOBY THOMPSON AND MARY THOMPSON | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 2:15-cv-02063-JRG-RSP |
| AMCO INSURANCE COMPANY | § § | JURY |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Toby Thompson and Mary Thompson and Defendant AMCO Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiffs' claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 16th day of September, 2016.

_____
Jim Ammerman II
State Bar No. 01157700

**LAW OFFICES OF JIM AMMERMAN II**
209 West Rusk Street
Marshall, Texas 75670
Wrusk209@swbell.net

**COUNSEL FOR PLAINTIFFS**

And

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 1
2536125v1
00121.804

_____
Rhonda J. Thompson
State Bar No. 24029862
Lindsey Shine Lawrence
State Bar No. 24053681

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: llawrence@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on September 16, 2016, a true and correct copy of the foregoing was delivered to the following counsel for Plaintiffs by electronic service and facsimile transmission:

Jim Ammerman II
Law Offices of Jim Ammerman II
209 West Rusk Street
Marshall, Texas 75670
   *Counsel for Plaintiffs*

/s/Rhonda J. Thompson
Rhonda J. Thompson